UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JULIUS STALLWORTH,**

       **Plaintiff,**

**v.**                                    **Case No. 6:22-cv-417-CEM-DCI**

**WASTE PRO USA, INC.,**

       **Defendant.**

_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Acceptance of Defendant's Offer of Judgment ("Acceptance," Doc. 15). The United States Magistrate Judge issued a Report and Recommendation (Doc. 19), recommending that the Acceptance be construed as a motion and that it be granted.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 19) is **ADOPTED** and made a part of this Order.

2.  Plaintiff's Acceptance of Defendant's Offer of Judgment (Doc. 15), construed as a motion, is **GRANTED**.

   a.  Defendant's Offer of Judgment (Doc. 15-1) is **ADOPTED** and made a part of this Order.

   b.  The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of $300.00.

   c.  The Clerk is directed to close this case.

   d.  **On or before September 8, 2022,** Plaintiff shall file a motion for attorney's fees.[1]

**DONE** and **ORDERED** in Orlando, Florida on August 9, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

---

[1] The Court retains jurisdiction to determine an award of attorney's fees. *Prime Ins. Syndicate, Inc. v. Soil Tech Distribs.*, 270 F. App'x 962, 965 (11th Cir. 2008) ("[I]t is clear that an award of attorney's fees is a collateral matter over which a court normally retains jurisdiction even after being divested of jurisdiction on the merits." (citation omitted)).